# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Dametri Dale, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:22-cv-00234-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| North Carolina Department of Public Safety, et al | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 1, 2023 Order.

March 1, 2023

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court