# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:22-cv-00234-MR

| | |
|---|---|
| DAMETRI DALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF PUBLIC SAFETY, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte* on the Plaintiff's Response [Doc. 17] to the Court's Order requiring Plaintiff to show cause why a pre-filing review system should not be imposed on him [Doc. 15].

Pro se Plaintiff Dametri Dale ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Scotland Correctional Institution in Laurinburg, North Carolina. Recently, the Court dismissed Plaintiff's Amended Complaint in this matter for failure to state a claim for relief and as frivolous and ordered Plaintiff to explain why he believes the Court should not impose a pre-filing review system on him for the reasons stated in the Court's Order. [Doc. 15 at 12]. Plaintiff timely responded to the Court's Order. [Doc. 17].

The Court has reviewed Plaintiff's Response. While the Court is not convinced that Plaintiff is operating in good faith, the Court will, for now, give Plaintiff the benefit of the doubt and decline to impose a pre-filing review system at this time. The Court will, however, order that future improper filings by Plaintiff in this Court may subject Plaintiff to a pre-filing review system as provided in Docket No. 15. Plaintiff, therefore, is again strongly admonished against filing any future duplicative, improper, or frivolous actions or documents with this Court. The Court will be closely considering Plaintiff's filings.

## ORDER

**IT IS, THEREFORE, ORDERED** that no pre-filing review system will be imposed on Plaintiff at this time.

**IT IS FURTHER ORDERED** that future improper filings by Plaintiff in this Court may subject Plaintiff to a pre-filing review system as provided in Docket No. 15.

**IT IS SO ORDERED.**

Signed: April 5, 2023

Martin Reidinger
Chief United States District Judge